# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **RICKY DAVIS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:15-CV-0671-VEH-TMP |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On July 22, 2015, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice. (Doc. 11). To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be **DISMISSED WITHOUT PREJUDICE**. An order of final judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this 13th day of August, 2015.

                                    _____
                                    **VIRGINIA EMERSON HOPKINS**
                                    United States District Judge